# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CARL C. KRUEGER  
2202 AUBURN STREET, APT. 2 WEST  
ROCKFORD, IL  61103  

SSN-xxx-xx-8472

Case Number: 04-72859

Case filed on: 6/1/2004  
Plan Confirmed on: 8/6/2004  

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,131.25          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | CARL C. KRUEGER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MIDWEST TITLE LOANS | 250.00 | 250.00 | 250.00 | 0.00 |
|  | Total Secured | 250.00 | 250.00 | 250.00 | 0.00 |
| 001 | MIDWEST TITLE LOANS | 68.13 | 68.13 | 10.83 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLLECTION BUREAU OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FAIRBANKS CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIRST FINANCIAL ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 565.08 | 565.08 | 89.80 | 0.00 |
| 012 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 227.64 | 227.64 | 36.18 | 0.00 |
| 014 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS/ | 1,733.28 | 1,733.28 | 275.44 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROYCE FINANCIAL | 200.00 | 200.00 | 31.79 | 0.00 |
| 020 | SBC MIDWEST | 763.79 | 763.79 | 121.37 | 0.00 |
| 021 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | VERIZON WIRELESS - GREAT LAKES | 425.51 | 425.51 | 67.62 | 0.00 |
| 023 | WELLS FARGO FINANCIAL | 3,895.17 | 3,895.17 | 619.00 | 0.00 |
| 024 | EUGENE RAFFERTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | VERIZON WIRELESS - GREAT LAKES | 289.76 | 289.76 | 46.04 | 0.00 |
| 026 | CHECK IT | 64.36 | 64.36 | 10.23 | 0.00 |
| 027 | TRIAD FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,232.72 | 8,232.72 | 1,308.30 | 0.00 |
|  | Grand Total: | 9,846.72 | 9,846.72 | 2,922.30 | 0.00 |

Total Paid Claimant:     $2,922.30  
Trustee Allowance:        $208.95  
Percent Paid Unsecured:      15.89  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                By  /s/Heather M. Fagan